# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAVIER RAMIREZ RIVAS,
                   Appellant,
vs.
MAYRA ARREGUIN,
                 Respondent.

No. 73343

**FILED**

JUL 10 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting respondent's emergency motion to reschedule a visitation day. First Judicial District Court, Carson City; James Todd Russell, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels,* 100 Nev. 207, 678 P.2d 1152 (1984). The district court granted respondent's motion to reschedule appellant's visitation day from May 28, 2017, to May 26, 2017. No statute or court rule provides for an appeal from an order temporarily

17-22673

restructuring one visitation day. We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. James Todd Russell, District Judge
      Javier Ramirez Rivas
      Mayra Arreguin
      Carson City Clerk